# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**John L. Grady**

     vs.                         **CASE NUMBER: 5:07-CV-735**

**Reliable Tire Co.**

**Decision by Court.**     This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed for failure to prosecute.

     All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 20th day of October, 2008.

DATED: November 6, 2008

_Lawrence K. Baerman_
Clerk of Court

/s _____
Lori M. Welch
Deputy Clerk